UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DAVID MEINIKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00512-HAB-SLC |
| | ) |
| SYMETRA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Comes now Defendant Symetra Life Insurance Company, by counsel, and notifies the Court that the parties have recently reached a settlement of this matter and request that any pending deadlines be cancelled or stayed. The parties are finalizing the settlement and anticipate filing a Stipulation of Dismissal within forty-five (45) days.

Dated: December 11, 2024                Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _s/ Eric P. Mathisen_
Eric P. Mathisen, IN Bar No. 19475-71
Matthew B. Wesley, IN Bar No. 38551-64
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: 219-242-8666
Fax:    219-242-8669
eric.mathisen@ogletree.com
matthew.wesley@ogletree.com

*Attorneys for Defendant, Symetra Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing ***NOTICE OF SETTLEMENT*** was filed electronically on December 11, 2024 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

> Nick Lavella
> NLavella@2Keller.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing ***NOTICE OF SETTLEMENT*** in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

> NONE

> *s/ Eric P. Mathisen*
> Eric P. Mathisen