UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DAVID MEINIKA,<br><br>    Plaintiff,<br><br>    v.<br><br>SYMETRA LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 1:23-CV-512-CCB-SLC |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 26] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs and attorneys' fees. The Clerk is DIRECTED to close this case.

SO ORDERED.

January 21, 2025

                                           /s/*Cristal C. Brisco*
                                           CRISTAL C. BRISCO, JUDGE
                                           UNITED STATES DISTRICT COURT